UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 5:25-CV-00181-SB-DTB | Date: | March 28, 2025 |
|---|---|---|---|

| Title: | Scott Byler v. Mastec Services Company et al. |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Paul Cruz | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Fawn F. Bekam | Steven A. Groode |

**Proceedings: (Minutes of)** Motion to Remand [16] **(Held and completed)**

   The Court heard argument on Plaintiff's motion to remand.  Dkt. No. 16.  As stated on the record, based upon the arguments presented and Plaintiff's concessions at oral argument, the motion to remand is denied.

[0:20]