# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | 5:25-CV-00181-SB-DTB | Date: | December 12, 2025 |

| Title: | Scott Byler v. Mastec Services Company et al |

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Lynnie Fahey | CourtSmart |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Jeffrey Charles Bils | Steven Andrew Groode |

**Proceedings: (Minutes of)** Motion to Remand [53]; Status Conference **(Held and completed)**

   The Court heard argument from counsel on Plaintiff's motion to remand (Dkt. No. 53).  The Court took the matter under submission.

0:25